IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-cr-104 |
| | ) | |
| DAVID EDWARD CASEY, JR. | ) | |

## MEMORANDUM AND ORDER

This criminal case is before the court on the defendant's motion to continue the trial [doc. 12]. The defendant says that although he intends to plead guilty, additional time is necessary to work out the details of the factual basis for his plea. The government has no objection to the defendant's motion.

The court finds the defendant's motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the defendant's motion would deny the defendant and the government the reasonable time necessary to work out the details of the defendant's plea to the parties' satisfaction. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to December 10, 2007, at 10:00 a.m.

ENTER:

<u>        *s/ Leon Jordan*        </u>
United States District Judge